In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., to Lands for a Plaza at the Manhattan Bridge Terminal in the Borough of Brooklyn, City of New York, etc. Louise Neussell, Petitioner.— Motion granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Final Accounting of Henry M. Heymann, as Committee of the Person and Estate of John Cooney, a Former Incompetent.— Appellant's motion for a stay of proceedings granted, provided within ten days from the date of the entry of this order the appellant give a new undertaking conforming to the order entered in this court on January thirteenth, and within such time stipulate to withdraw the appeal taken by him from the order of the county judge, dated February 6, 1911, and pay ten dollars costs of this motion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Judicial Settlement of the Accounts of E. S. Hiscox and Another, Executors, etc. E. F. Hiscox and Another, Appellants; Harriet M. Hughes, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Torkel Larsen, Appellant, v. Herbert O. Carlton and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Torkel Larsen, Appellant, v. Daniel E. McBride and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Elizabeth Lodewyk, an Infant, etc., by Her Guardian ad Litem, Respondent, v. William J. Muller, Defendant, and the H. J. Koehler Sporting Goods Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John H. O'Neil, Respondent, v. Manufacturers' Automatic Sprinkler Company, Appellant.— Motion denied. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Winfield S. Overton, Appellant, v. George Wyatt, Respondent.— Motion to open default granted, without costs, and case placed on the April calendar, to be argued when reached. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Michael S. N. Pierre, Appellant, v. Edward V. Farley, Respondent.— Motion denied on condition that the return be made to this court within ten days; otherwise motion granted, with costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mary Pomerantz, Appellant, v. Helen Hartman, Respondent. Mintz Realty Company, Defendant.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Charles H. Pond, Respondent, v. New Rochelle Water Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.